Fred **JORDAN**, Plaintiff in Error, v. The **UNITED STATES** of America, Defendant in Error.

(Circuit Court of Appeals, Fourth Circuit. June 22, 1925.)

No. 2380.

In Error to the District Court of the United States for the Southern District of West Virgnia, at Charleston; George W. McClintic, Judge.

J. Raymond Gordon, of Charleston, W. Va., for plaintiff in error.

Elliott Northcutt, U. S. Atty., of Huntington, W. Va., and B. J. Pettigrew, Asst. U. S. Atty., of Charleston, W. Va.

Before WADDILL and ROSE, Circuit Judges, and WEBB, District Judge.

ROSE, Circuit Judge. The plaintiff in error, defendant below, was found guilty of carrying on the business of a retail liquor dealer without having paid the tax. The definition of a retail liquor dealer, given by the learned court in its instruction to the jury, was substantially the same as that which we were compelled to hold erroneous in the case of Rood v. United States, 7 F.(2d) 45, the opinion of which is handed down simultaneously with this and the judgment below must, as in that case, be reversed, and the case remanded for a new trial.

Reversed.